# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3159
LT Case No. 2023-CF-002495-A

———————————————

PAYNE FAIR JOHNSON, Jr.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Matthew J. Metz, Public Defender, and Judson Searcy, Assistant Public Defender, Daytona Beach, for Appellant.

Payne Fair Johnson, Jr., Crawfordville, pro se.

James Uthmeier, Attorney General, and Amanda Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.

December 30, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and EISNAUGLE and HARRIS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————